```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0261--CV (JKS)
         "TIMOTHY S. WADE ET AL V KENNETH W. HOOVER ET"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/08/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (320) Assault, libel and slander
                    MENTAL INJURY ASSUALT OF MINOR
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                                 Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | WADE, TIMOTHY S. | Timothy S. Wade<br>Pro Per<br>Box 1464<br>Wrangell, AK 99929<br>907-874-2448 |
| PLF 2.1 | WADE, AMBER | No counsel found for this party! |
| PLF 3.1 | LARSEN, GEORGE JR. | No counsel found for this party! |
| DEF 1.1 | HOOVER, KENNETH W. | No counsel found for this party! |
| DEF 2.1 | AK DEPT OF CORRECTIONS | No counsel found for this party! |
| DEF 3.1 | U.S. DEPT OF CORRECTIONS | No counsel found for this party! |
| DEF 4.1 | LARSEN, LAURA | No counsel found for this party! |
| DEF 5.1 | WRANGELL, CITY OF | No counsel found for this party! |
| DEF 6.1 | WRANGELL POLICE DEPT | No counsel found for this party! |
| DEF 7.1 | MCCLOSKY, DOUG | No counsel found for this party! |
| DEF 8.1 | ALASKA, STATE OF | No counsel found for this party! |
| DEF 9.1 | ALASKA STATE TROOPERS KETCHIKAN POST | No counsel found for this party! |
| DEF 10.1 | ALASKA STATE TROOPERS WRANGELL POST | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0261--CV (JKS)
         "TIMOTHY S. WADE ET AL V KENNETH W. HOOVER ET"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 11.1 | DIAL, RODNEY LT. | No counsel found for this party! |
| DEF 12.1 | SHAMHART, DAN | No counsel found for this party! |
| DEF 13.1 | STEPHENS, TREVOR N. | No counsel found for this party! |
| DEF 14.1 | CHILD CUSTODY INVESTIGATOR'S OFFICE | No counsel found for this party! |
| DEF 15.1 | COOL, WILLIAM | No counsel found for this party! |
| DEF 16.1 | WRANGELL TRIAL COURTS | No counsel found for this party! |
| DEF 17.1 | SPLINTER, LEANNA | No counsel found for this party! |
| DEF 18.1 | SCHMIDT, BOB | No counsel found for this party! |
| DEF 19.1 | MCCAUDLESS, DAVID O. MD | No counsel found for this party! |
| DEF 20.1 | STICKEEN CLINIC | No counsel found for this party! |
| DEF 21.1 | WRANGELL MEDICAL CENTER | No counsel found for this party! |
| DEF 22.1 | GILBERT, BRIAN | No counsel found for this party! |
| DEF 23.1 | TIDELINE CLINIC | No counsel found for this party! |
| DEF 24.1 | WRANGELL COMMUNITY SERVICES | No counsel found for this party! |
| DEF 25.1 | WALKER, MARK | No counsel found for this party! |
| DEF 26.1 | JONES, SONDRA SEXTON | No counsel found for this party! |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0261--CV (JKS)
                       "TIMOTHY S. WADE ET AL V KENNETH W. HOOVER ET"

                                    For all filing dates


    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 11/08/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (320) Assault, libel and slander
                     MENTAL INJURY ASSUALT OF MINOR
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: In Forma Pauperis
           Trial by:


 Document #   Filed      Docket text

     1 -  1   11/08/05   PLF 1 motion (application) to waive filing fee w/att exhs.

     2 -  1   11/08/05   Complaint filed w/att exhs.
```