## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Wade v. Hoover*
Case No. 3:05-cv-00261-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

On December 6, 2005, this Court entered an Order dismissing this case, without prejudice to Plaintiff filing an amended complaint with this Court no later than January 6, 2006. Docket No. 3. That date has passed and no amended complaint has been filed in the above-captioned case.

**IT IS THEREFORE ORDERED:**

This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. Accordingly, Plaintiff's Motion to waive filing fee at Docket No. 1 is MOOT.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: February 14, 2006

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F:\HOME\JUDGES\DOCS\SHARED\CV\D.AK 2005\A05-0261.001.wpd