UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TIMOTHY S. WADE,

    Plaintiff,

v.

    Case Number A05-0261 CV (JKS)

KENNETH W. HOOVER, et al.,

    DefendantS.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED without prejudice.

APPROVED:

**REDACTED SIGNATURE**
_____
JAMES K. SINGLETON, JR.
United States District Judge

3/7/2006
Date

                            Ida Romack
                            Clerk of Court

                            Dan Maus
                            (By) Deputy Clerk

[wade judgment.wpd]{JMT.WPT*Rev.1/97}